**FILED**

APR 1 7 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____VLC_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                    Plaintiff,

                vs.

Edgar GONZALEZ-RIVAS,

                                    Defendant.

Case No. 26-cr-00289-AGS


JUDGMENT OF DISMISSAL


IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐    the Court has dismissed the case for unnecessary delay; or

☒    the Court has granted the oral motion of the Government for dismissal, without prejudice; or

☐    the Court has granted the motion of the defendant for a judgment of acquittal; or

☐    a jury has been waived, and the Court has found the defendant not guilty; or

☐    the jury has returned its verdict, finding the defendant not guilty;

☐    of the offense(s) as charged in the Indictment/Information:

_____

_____

_____

Dated:  4/17/2026

_____
Hon. Andrew G. Schopler
United States District Judge